# EXHIBIT "A"

**COHEN, SEGLIAS, PALLAS,**
   **GREENHALL & FURMAN, P.C.**
**BY**:  Jonathan A. Cass, Esquire (#76159)
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Phone: (215) 564-1700
Email: jcass@cohenseglias.com

*Filed and Attested by the
Office of Judicial Records
12 JUN 2025 04:59 pm
B. BALILONIS*

*Attorney for Plaintiffs,*
*Good Mac Realty Partners, L.P. and*
*Goodman Management, LLC*

| | |
|---|---|
| **GOOD MAC REALTY PARTNERS, L.P.** | PHILADELPHIA COUNTY |
| 636 Old York Road, Second Floor | COURT OF COMMON PLEAS |
| Jenkintown, PA 19046 | |
| | _____ TERM, 2025 |
| and | |
| | NO. _____ |
| **GOODMAN MANAGEMENT, LLC** | |
| 636 Old York Road, Second Floor | |
| Jenkintown, PA 19046 | |
|         Plaintiffs, | |
| | |
|     v. | |
| | |
| **ZURICH AMERICAN INSURANCE** | |
| **COMPANY** | |
| 1299 Zurich Way | |
| Schaumburg, Ill 60196 | |
|         Defendant. | |

## PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONOTARY:

    Kindly issue Writ of Summons to Zurich American Insurance Company as Defendant in

the above-captioned matter.  The proposed Writ is attached as Exhibit A.

                           **COHEN, SEGLIAS, PALLAS,**
                               **GREENHALL & FURMAN, P.C.**

BY: _____
               **JONATHAN A. CASS, ESQUIRE**
               *Attorney for Plaintiffs,*
               *Good Mac Realty Partners, L.P. and*
               *Goodman Management, LLC*

Date: June 12, 2025

Case ID: 250601513

# EXHIBIT A

Case ID: 250601513

COHEN, SEGLIAS, PALLAS,
    GREENHALL & FURMAN, P.C.
**COHEN, SEGLIAS, PALLAS,**
     **GREENHALL & FURMAN, P.C.**
**BY**:  Jonathan A. Cass, Esquire (#76159)
1600 Market Street, 32nd Floor
Philadelphia, PA 19103
Phone: (215) 564-1700
Email: jcass@cohenseglias.com

*Attorney for Plaintiffs,*
*Good Mac Realty Partners, L.P. and*
*Goodman Management, LLC*

| | |
|---|---|
| **GOOD MAC REALTY PARTNERS, L.P.** | PHILADELPHIA COUNTY |
| 636 Old York Road, Second Floor | COURT OF COMMON PLEAS |
| Jenkintown, PA 19046 | |
| | _____ TERM, 2025 |
| and | |
| | NO. _____ |
| **GOODMAN MANAGEMENT, LLC** | |
| 636 Old York Road, Second Floor | |
| Jenkintown, PA 19046 | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| **ZURICH AMERICAN INSURANCE COMPANY** | |
| 1299 Zurich Way | |
| Schaumburg, Ill 60196 | |
| Defendant. | |

## <u>WRIT OF SUMMONS</u>

**TO:**     ZURICH AMERICAN
INSURANCE COMPANY
1299 Zurich Way
Schaumburg, Ill 60196

You are hereby notified that the Plaintiff has commenced an action against you.

Date:_____

Seal of the Court

Prothonotary

By:_____
    Deputy

250601513
12 JUN 2025 04:59 pm
B. BALILONIS

9973706.1 60070-00019973706.1 60070-0001

Case ID: 250601513